UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

CHRISTINA GAVIN,                                              **NOTICE OF MOTION**

                                         Plaintiff,     No. 20 Civ. 8163 (JPO)

            -against-

THE CITY OF NEW YORK, POLICE SERGEANT
MATTHEW TOCCO (TAX ID 940805), AND INSPECTOR
GERARD DOWLING (TAX 915640),

                                         Defendants.

---------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the Declaration of Brachah Goykadosh dated February 17, 2021, and the annexed exhibit thereto, the Memorandum of Law dated February 17, 2021, and upon all the papers and proceedings had herein, defendants City of New York, Inspector Gerard Dowling, and Sergeant Matthew Tocco will move this Court, before the Honorable J. Paul Oetken, United States District Judge, at the United States Courthouse for the Southern District of New York, located at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, for a decision and order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint, and for such and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), plaintiff's opposition must be served on defendants on or before March 3, 2021; and defendants' reply, if any, must be served on or before March 10, 2021.

Dated: New York, New York
February 17, 2021

**GEORGIA M. PESTANA**
ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-3523

By: _____
Brachah Goykadosh
*Senior Counsel*
Special Federal Litigation Division

No. 20 Civ. 8163 (JPO)

| UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF NEW YORK |
|---|
| CHRISTINA GAVIN,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, POLICE SERGEANT MATTHEW TOCCO (TAX ID 940805), AND INSPECTOR GERARD DOWLING (TAX 915640),<br><br>Defendants. |
| **NOTICE OF MOTION** |
| **GEORGIA M. PESTANA**<br>ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br><br>Of Counsel: Brachah Goykadosh<br>Tel:  (212) 356-3523 |

*Due and timely service is hereby admitted.*

*New York, New York   ...................................., 2021*

*.......................................................................Esq.*

*Attorney for .............................................................*