UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   20 CV 8163 (JPO)
CHRISTINA GAVIN,

                                      Plaintiff,

                                  **Notice of Acceptance for**
        -against-                             **Defendants' Offer of Judgment**

THE CITY OF NEW YORK,
POLICE SERGEANT MATTHEW TOCCO (TAX ID 940805),
AND INSPECTOR GERARD DOWLING (TAX 915640)


                                      Defendants.
------------------------------------------------------------------------X

       Plaintiff hereby provides formal notice, having already provided informal notice by email as agreed by the parties, that she accepts Defendants' Rule 68 offer of judgment in the amount of $5,501.00, as set out in the attached offer.


Dated:  Brooklyn, New York
          November 17, 2021

                                                          **COHEN&GREEN P.L.L.C.**

                               By:     _____
                                            Remy Green
                                            Cohen & Green PLLC
                                            1639 Centre Street, Suite 216
                                            Ridgewood, NY 11385
                                            Tel.: 929-888-9480
                                            remy@femmelaw.com